# United States District Court
## For The Western District of North Carolina
### Statesville Division

CAROL B. LAWRENCE,

                Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:10CV110

MICHAEL J. ASTRUE,

                Defendant(s).


DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2011, Order.

                        Signed: December 30, 2011

                        Frank G. Johns, Clerk
                        United States District Court